RECEIVED
JAN 1 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| ANDREW K. CROOKS,<br>10102 Dupont Lakes Dr., Apt. 3B<br>Fort Wayne, IN 46825<br><br>    Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN RAILWAY<br>COMPANY, a Corporation<br>Serve:    Richard E. Boyle<br>             5000 West Main Street<br>             Belleville, IL 62223<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>07CV368<br>JUDGE COAR<br>MAGISTRATE JUDGE COLE |

**FILED**
**JANUARY 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

COMES NOW Andrew K. Crooks, hereinafter referred to as plaintiff, complaining of NORFOLK SOUTHERN RAILWAY COMPANY, hereinafter referred to as defendant, and for his cause of action would respectfully show unto the Court the following:

### Federal Employer's Liability Act

### Count I

1. The plaintiff, Andrew K. Crooks, is a competent adult individual residing at 10102 Dupont Lakes Dr., Apartment 3B, Fort Wayne, IN 46825.

2. The defendant, Norfolk Southern Railway Company, (hereinafter referred to as "NS"), is a railroad doing business at and whose address for service of process is 5000 West Main Street, Belleville, IL 62223.

3. This suit is brought pursuant to an Act of Congress known as the Federal Employers' Liability Act, 45 U.S.C. §57 et. seq.

4. At all times hereto, the defendant, NS, was engaged in interstate commerce as a common carrier by railroad operating a line and system of railroads in the State of Illinois and other states of the United States.

5. At the time and place hereinafter mentioned, the acts of omission and commission causing injuries to the plaintiff, Andrew K. Crooks, were done by the defendant, NS, their agents, servants, workmen, and/or employees acting in the course and scope of their employment with and under the direct and exclusive control of the defendant.

6. At the time and place hereinafter mentioned, the plaintiff, Andrew K. Crooks, was employed by the defendant, NS, and was acting in the scope of his employment by the defendant, NS, and was engaged in the furtherance of interstate commerce within the meaning of said Act.

7. The injuries and disability of plaintiff, Andrew K. Crooks, while working as an employee of the defendant, NS, on November 23, 2006, were caused when attempting to release a defective hand brake on locomotive engine 8449 injuring plaintiff's right shoulder, among other things.

8. All of the property, equipment, and operations involved in this occurrence hereinafter referred to were owned and/or under the direct and exclusive control of the defendant, NS, their agents, servants, workmen, and/or employees.

9. That at said time and place, the defendant, NS, was guilty of one or more of the following acts or omissions of negligence, carelessness, and/or recklessness:

   (a) It failed to provide reasonably safe conditions for work; or

   (b) It failed to provide reasonably safe appliances; or

   (c) It failed to provide reasonably safe methods of work; or

   (d) It failed to provide reasonably adequate and/or sufficient help; or

   (e) It failed to provide plaintiff with a reasonably safe place to work.

10. As a direct and proximate result, in whole or in part of one or more of the foregoing negligent or unlawful acts on the part of the defendant, NS, the plaintiff, Andrew K. Crooks, was caused to suffer the following serious, painful, and permanent injuries, to-

Case 1:07-cv-00368  Document 1-3  Filed 01/19/2007  Page 3 of 4

wit: Plaintiff suffered injuries to his right shoulder, and the vessels, nerves, ligaments and the adjacent structures thereto; Plaintiff has been required to seek medical treatment and will so in the future; Plaintiff has been required to undergo various diagnostic tests and will so in the future; Plaintiff has lost the wages of his employment and will in the future lose further wages; Plaintiff has sustained injuries and pain and suffering and will so in the future; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will so in the future; Plaintiff has suffered psychological and emotional injuries; Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damages.

WHEREFORE, plaintiff, Andrew K. Crooks, prays that this Court enter Judgment in his Complaint against the defendant, NS, for a sum fair and reasonable under the circumstances in excess of One Hundred Thousand Dollars, ($100,000.00), together with plaintiff's costs herein expended.

## Boiler Inspection Act

### Count II

1. Plaintiff restates and re-alleges paragraphs 1 through 10 of Count I of this original Complaint incorporating same by reference.

2. Defendant's conduct described above was, and is, in violation of the Locomotive Inspection Act, 49 USC § 20701 et seq., for failing to provide plaintiff with locomotives that did not pose an unnecessary danger of personal injury.

3. Defendant's conduct described above was, and is, in violation of 49 CFR §229.7(a)(1) & (2) and 49 CFR §229.45, constituting negligence per se.

WHEREFORE, plaintiff requests that defendant be cited to appear and answer and that on final trial plaintiff has:

    A.    Judgment against defendant for a sum within the jurisdictional limits of the Court;

    B.    Post judgment interest at the legal rate;

C. Costs of suit; and

D. Such other and further relief to which plaintiff may be justly entitled, at law and in equity.

Plaintiff demands trial by 12 person jury.

HOLLAND, GROVES, SCHNELLER & STOLZE, L.L.C.

By: _____
Gerard B. Schneller - #6205863
300 N. Tucker Blvd., Suite 801
St. Louis, Missouri 63101
(314) 241-8111
Attorneys for Plaintiff

- AND -

COONEY & CONWAY
   Mr. Robert J. Cooney, Jr.
   120 N. LaSalle Street, Suite 30
   Chicago, IL 60602
   Local Counsel for Plaintiff